IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    1:17-cr-95
                                :    1:20-cv-471
         v.                 :
                                :    Hon. John E. Jones III
DEHAVEN M. POLLARD,        :
           Defendant.       :

## ORDER

**February 12, 2021**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendant Dehaven Pollard's Motions pursuant to 28 U.S.C. § 2255

(Docs. 68 and 70) are **DENIED**.

2.      The Clerk of Court is directed to **CLOSE** the civil case number

associated with this filing, 1:20-cv-471.

 

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Judge
Middle District of Pennsylvania

1